UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA MCNUTT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEARS, ROEBUCK AND CO., a corporation.<br><br>　　　　　Defendant. | NO. 2:14-CV-00063-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

　　　BEFORE THE COURT is the parties' Stipulation of Voluntary Dismissal With Prejudice (ECF No. 10), which seeks to dismiss this action with prejudice and without an award of costs or attorney's fees to any party pursuant to Fed.R.Civ.P. 41. Accordingly,

**IT IS HEREBY ORDERED**:

　　　The Clerk of this court shall enter judgment of dismissal of the Complaint (at ECF No. 1) and the claims therein with prejudice and without costs or attorneys fees to any party.

　　　**IT IS SO ORDERED**.  The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

　　　**DATED** this <u>8th </u>day of June, 2014.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1