# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DEBRA MCNUTT

    *Plaintiff*

v.

SEARS ROEBUCK AND CO., a corporation,

    *Defendant*

Civil Action No. 2:14-CV-0063-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint is dismissed with prejudice and without costs or attorneys fees to any party pursuant to the Order Directing Entry of Judgment and Closing File entered on June 9, 2014, ECF No. 11.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a motion for voluntary dismissal with prejudice.

Date: June 6, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
    *(By) Deputy Clerk*
Cora Vargas